IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV312**

| | |
|---|---|
| In re:<br>RFS ECUSTA INC. and RFS US INC.,<br>   Debtors.<br><br>LANGDON M. COOPER<br>as Chapter 7 Trustee for the Estates of<br>RFS ECUSTA INC. And RFS US INC.,<br>NATHU RAM PURI, UPENDRA K<br>PURI, AJAY BADWAR, and STEVEN<br>H. SMITH,<br>   Plaintiffs,<br>  v.<br><br>CNA FINANCIAL CORPORATION,<br>COLUMBIA CASUALTY COMPANY,<br>and ZURICH AMERICAN INSURANCE<br>COMPANY,<br>   Defendants. | **ORDER GRANTING<br>ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Defendant Zurich American Insurance Company to allow **Teah R. Lupton** to appear *Pro Hac Vice*, dated April 18, 2007 [doc. # 25].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Lupton has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: April 19, 2007

Graham C. Mullen
United States District Judge