IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV312**

| | |
|---|---|
| LANGDON M. COOPER,<br>as Chapter 7 Trustee for the estates of<br>RFS ECUSTA INC. And RFS US INC.,<br>NATHU RAM PURI, UPENDRA K. PURI,<br>AJAY BADHWAR, and STEVEN H. SMITH,<br>Plaintiff,<br>v.<br><br>CNA FINANCIAL CORPORATION,<br>COLUMBIA CASUALTY COMPANY, and<br>ZURICK AMERICAN INSURANCE<br>COMPANY,<br>Defendants. | **ORDER GRANTING<br>ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Plaintiff Langdon M. Cooper to allow **Alan E. Gamza** to appear *Pro Hac Vice*, dated May 7, 2007 [doc. # 29].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Gamza has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 9, 2007

Graham C. Mullen
United States District Judge